IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TIMOTHY TANN, Individually and \
as Executor of the Estate of \
Mary E. Daniels, deceased,

    Plaintiff,

v.                         CV 618-058

EMANUEL COUNTY HOSPITAL \
AUTHORITY d/b/a EMANUEL COUNTY \
NURSING HOME a/k/a EMANUEL \
MEDICAL CENTER NURSING HOME \
a/k/a THE HOME AT EMANUEL \
MEDICAL CENTER; ERHOSPITALS, LLC \
d/b/a ERH MANAGEMENT COMPANY; \
ERH SHARED SERVICES, LLC; ERH \
II OPCO, LLC; ERH II, LLC; ERH \
II HOLDINGS, LLC; ERH GEORGIA \
HOLDINGS, LLC; ABC CORPORATION; \
and JOHN/JANE DOES I AND II,

    Defendants.

## O R D E R

Before the Court is the parties' stipulation of dismissal. (Doc. 40.) The stipulation is signed by all parties remaining in the case. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to the dismissal of the above-referenced action with prejudice. **IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted in this matter are **DISMISSED WITH PREJUDICE.** The Clerk shall **TERMINATE** all deadlines

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 JAN -2 PM 2:42
CLERK M. akins
SO. DIST. OF GA.

and motions and **CLOSE** the case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of January, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA